# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 20, 2023

## NO. 03-22-00637-CV

**Officials Acting in Their Official Capacities for the City of Austin Development Services Department: Denise Lucas, in her Official Capacity as Director; Rick Holloway, in his Official Capacity as Assistant Director; David Chapman, in his Official Capacity as Development Services Division Manager; Mario Garcia, in his Official Capacity as Environmental Compliance Supervisor; Brian Eagan, in his Official Capacity as Environmental Compliance Specialist Senior; Robert Jason Crouch, in his Official Capacity as Environmental Compliance Specialist Senior, Appellants**

**v.**

**Austin Nightlife, LLC d/b/a Summit Lounge, Appellee**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, SMITH, AND JONES
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART –
### OPINION BY JUSTICE JONES

This is an appeal from the interlocutory order denying the City Officials' plea to the jurisdiction signed by the trial court on September 21, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the order as to Austin Nightlife's claim that the City Officials acted ultra vires in requiring Summit Lounge to obtain a temporary modification of its permit and sound impact plan in order to be authorized to use extended 85-decibel hours during the spring festival season. Therefore, the Court affirms that portion of the trial court's interlocutory order. The Court further holds that there was

reversible error in the portions of the order as to Austin Nightlife's claim concerning its status as a Warehouse District venue, and its claim concerning whether citations were issued or caused to be issued by an "accountable official." Therefore, the Court reverses the trial court's interlocutory order as to those claims and renders judgment dismissing those claims for lack of jurisdiction. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.